## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
EC'D/FILED

2022 JAN -5 PH 4:

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | Case No. 22   CR   010   JDP |
| | 21 U.S.C. § 841(a)(1) |
| WINFIELD AGEE (a.k.a. MONEY), | 21 U.S.C. § 846 |



Defendants.

THE GRAND JURY CHARGES:

### COUNT 1

From in or about November 2010, to on or about July 2020, in the Western

District of Wisconsin and elsewhere, the defendant,

### WINFIELD AGEE (a.k.a. MONEY),

knowingly and intentionally conspired with others known and unknown to the grand

jury, to distribute and to possess with intent to distribute a mixture or substance

containing a detectable amount of marijuana, a Schedule I controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

### COUNT 2

From in or about December 2014, to on or about November 25, 2020, in the

Western District of Wisconsin and elsewhere, the defendants,

### WINFIELD AGEE (a.k..aMONEY),
),

knowingly and intentionally conspired with each other, and others known and unknown to the grand jury, to distribute and to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(All in violation of Title 21, United States Code, Section 846).

COUNT 3

1.    From in or about December 2018, to in or about May 2020, in the Western District of Wisconsin and elsewhere, the defendants,

███████████████████████████████,

knowingly and intentionally conspired with each other, and others known and unknown to the grand jury, to distribute and to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.    With respect to ████████████, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him was 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

(All in violation of Title 21, United States Code, Section 846).

COUNT 4

On or about April 24, 2020 in the Western District of Wisconsin, the defendant,

███████████████,

2

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 5

On or about April 24, 2020 in the Western District of Wisconsin, the defendant,

████████████,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 6

On or about April 26, 2020 in the Western District of Wisconsin, the defendant,

████████████

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 7

On or about April 26, 2020 in the Western District of Wisconsin, the defendant,

████████████,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 8

On or about April 30, 2020 in the Western District of Wisconsin, the defendant,

███████████████,

knowingly and intentionally possessed with intent to distribute a mixture or substance

containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 9

On or about April 30, 2020 in the Western District of Wisconsin, the defendant,

███████████████,

knowingly and intentionally distributed a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 10

On or about May 5, 2020 in the Western District of Wisconsin, the defendant,

███████████████,

knowingly and intentionally possessed with intent to distribute a mixture or substance

containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 11

On or about May 5, 2020 in the Western District of Wisconsin, the defendant,

███████████████,

knowingly and intentionally distributed a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 12

On or about May 6, 2020 in the Western District of Wisconsin, the defendant,

███████████,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 13

On or about May 6, 2020 in the Western District of Wisconsin, the defendant,

███████████,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 14

On or about November 25, 2020, in the Western District of Wisconsin, the defendant,

███████████,

knowingly and intentionally attempted to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 846).

## COUNT 15

On or about February 24, 2021, in the Western District of Wisconsin, the defendant,



knowingly and intentionally possessed with intent to distribute a mixture or substance

containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 01-05-2022

TIMOTHY M. O'SHEA
United States Attorney

6