

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

February 16, 2022

| | |
|---|---|
| Steven B. Muslin<br>Muslin Law Offices<br>19 S. LaSalle Street, Suite 700<br>Chicago, IL  60603 | Robert Ruth<br>Ruth Law Office, S.C.<br>7 North Pinckney Street, Suite 240<br>Madison, WI  53703 |
| Payal Khandhar<br>Jasti & Khandhar, LLC<br>2 South Carroll Street, Suite 230<br>Madison, WI  53703 | Gregory Dutch<br>Law Office of Gregory N. Dutch<br>131 West Wilson Street, Suite 1201<br>Madison, WI  53703 |
| Steven W. Zaleski<br>10 E. Doty Street, Suite 800<br>Madison, WI  53703 | Antonette Hue Laitsch<br>Knoll & Laitsch, SC<br>121 S. Pinckney Street, Suite 550<br>Madison, WI  53703 |
| David R. Karpe<br>Karpe Law Office<br>448 W. Washington Avenue<br>Madison, WI  53703 | Anthony Delyea<br>Delyea Law Office<br>4560 Kennedy Road<br>Cottage Grove, WI  53527 |

Re:   *United States of America v. Winfield Agee et al*
         Case No:  22-cr-00010-jdp

Dear Counsel:

Enclosed please find a USB drive containing the discovery in this case (Bates Nos.:  AGEE_007727 – AGEE_025759), along with an Excel spreadsheet containing a log of the discovery. This USB drive contains recorded phone calls and corresponding transcripts from the federal wiretaps. As noted on the device, this USB drive is property of the U.S. Attorney's Office. At your earliest convenience, please transfer the discovery from the USB drive to your computer or other storage media and return the USB drive to the U.S. Attorney's Office, attention Lisa Pierce. My colleague, Lisa Pierce, will email you the password for the enclosed USB drive.

February 16, 2022
Page 2

      If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

                Very truly yours,

                TIMOTHY M. O'SHEA
                United States Attorney

                By:      /s/

                DIANE L. SCHLIPPER
                Assistant United States Attorney